

Allen G. Kadish
akadish@archerlaw.com

Archer & Greiner, P.C.
1211 Avenue of the Americas
New York, NY 10036
212-682-4940
www.archerlaw.com

October 28, 2025

Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

> Re: *In re 288 4th LLC*, Debtor, Chapter 11 Case No. 24-43626 (ESS)
> United States Bankruptcy Court for the Eastern District of New York
>
> *288 4th LLC v. Chaim Kahan, Cohen Tauber Spievack & Wagner, P.C.,
> Yecheskel Weisz, Shia Weisz and Progressive Real Estate Agency LLC,*
> Adversary Proceeding No. 24-01087 (ESS)
>
> *Chaim Kahan v. Cohen Tauber Spievack & Wagner, P.C., Yecheskel
> Weisz, and Shia Weisz,* Adversary Proceeding No. 24-01089 (ESS)
>
> <u>Mediation</u>

Dear Judge Stong:

By Order dated March 17, 2025 (Adv. Pro. Docket No. 35), and agreement dated March 19, 2025, I was appointed mediator in the referenced matters. By the Order, the Debtor was responsible for the fee. The fee was described in the agreement and my rate was disclosed and agreed.

The mediation occurred in-person, in my office, on June 11, 2025, with no direct resolution. My mediation report was filed on June 16, 2025 (Docket No. 39). Thereafter, the main case voluntarily was dismissed (Docket No. 43), and the adversary matters dismissed or remanded.

I presented our invoice to the Debtor on July 7, 2025 and several times thereafter. An assurance was received that payment would be made.

Hon. Elizabeth S. Stong
October 28, 2025
Page 2

      This was a Court-ordered mediation and the mediator has not been paid.  To avoid a motion to compel, and perhaps other procedures for requests for relief, I seek the Court's assistance first by way of conference.

Respectfully,

ALLEN G. KADISH

cc: Eric H. Horn, Esq. and Maria A. G. Harper, Esq. (by email)
    Mr. Shia Weiz (by email)
    Mr. Cheskie Weiss (by email)

231183987 v1